IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ALTURO PASCO, | : | |
| Plaintiff | : | |
| VS. | : | NO. 1:06-CV-68(WLS) |
| ANTHONY WALKER, *et al.*, | : | |
| Defendants | : | **O R D E R** |

Plaintiff **ALTURO PASCO**, a prisoner at Washington State Prison in Davisboro, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff did not submit a filing fee or a motion to proceed *in forma pauperis*. On May 3, 2006, the Clerk's Office wrote plaintiff a letter instructing him to either submit the $350.00 filing fee or a financial affidavit seeking leave to proceed *IFP* (Tab # 3). To date, plaintiff has filed no response to the May 3rd letter. Accordingly, if plaintiff wishes to proceed with this action, he should submit, within 20 days of the date of this order, either a motion to proceed *IFP* or the $350.00 filing fee.

The clerk is **DIRECTED** to forward a financial affidavit (and certificate) to plaintiff together with a copy of this order.

**SO ORDERED**, this 25th day of May, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE