IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ALTURO PASCO, : | |
| : | |
| Plaintiff : | |
| : | |
| VS. : | |
| : | |
| Officers ANTHONY WALKER, MARK : | |
| FARLEY, LeBARRON SIMMONS, and : | |
| RICKY DAVIS, Sergeant JENNIFER : | |
| THOMPSON, Lieutenant LANCE : | NO. 1:06-CV-68(WLS) |
| MONTGERARD, Captains JOHN : | |
| OSTRANDER, SABRINA LEWIS, : | |
| and KEITH KIGER, Major MARK : | PROCEEDINGS UNDER 42 U.S.C. § 1983 |
| SHIRLEY, Jail Director DOUG : | BEFORE THE U.S. MAGISTRATE JUDGE |
| McGINLEY, Sheriff JAMIL SABA, and : | |
| DOUGHERTY CO, GA, : | |
| : | |
| Defendants : | |
| : | **O R D E R** |

Plaintiff **ALTURO PASCO** was previously ordered to furnish the Court with a completed *in forma pauperis* application. Plaintiff has timely returned the IFP form, an examination of which reveals that he is unable to pay the cost of commencing this action. Accordingly, plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED**.

However, even if a prisoner is allowed to proceed *in forma pauperis*, he must nevertheless pay the full amount of the $350.00 filing fee in installments based on funds in the prisoner's account. As stated above, plaintiff is unable to pay the entire $350.00 filing fee at this time. However, plaintiff does have sufficient funds in his prison account to pay a portion of this amount. Therefore, pursuant to 28 U.S.C. § 1915(b)(1)(A), it is hereby **ORDERED** that plaintiff's complaint be filed and that plaintiff pay an initial partial filing fee of **$11.00** to the Clerk of this Court.

Plaintiff shall have thirty (30) days from the date of his receipt of this order to pay the required initial partial filing fee to the Clerk of the Court. Failure to comply with this order shall

result in the dismissal of plaintiff's complaint.  There shall be no service in this case until further order of the Court.

**SO ORDERED**, this 9th  day of JUNE, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE