IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ALTURO PASCO, | : | |
| Plaintiff | : | |
| VS. | : | NO. 1:06-CV-68 (WLS) |
| ANTHONY WALKER, *et al.*, | : | |
| Defendants | : | **O R D E R** |

On June 9, 2006, plaintiff **ALTURO PASCO**, was ordered to pay an initial partial filing fee of $11.00. To date, plaintiff has failed to make such payment or to explain his failure to do so.

In *Wilson v. Sargent*, 313 F.3d 1315 (11th Cir. 2002), the Eleventh Circuit Court of Appeals held that before dismissing a plaintiff's section 1983 complaint for failure to pay an initial partial filing fee, the Court must inquire into the reason for the plaintiff's failure to pay. The Eleventh Circuit explained that "once the prisoner fails to pay the court-ordered initial partial filing fee, the district court must take reasonable steps to determine whether the prisoner complied with the order by authorizing payment by prison officials." *Id*. at 1321 (citing *Hatchet v. Nettles*, 201 F.3d 651 (5th Cir. 2000)).

Therefore, in accordance with *Wilson*, plaintiff is hereby **ORDERED** to **SHOW CAUSE** to the Court, **WITHIN FIFTEEN (15) DAYS** from the date of his receipt of this Order, why this case should not be dismissed for failure to pay the required initial partial filing fee. Plaintiff shall advise the Court: (1) what attempts, if any, he has made to pay the required $11.00 partial filing fee; (2) whether he has requested prison officials to withdraw the required amount from his account and to submit it to the Court; and, if so, what response he has received from prison officials; and (3)

whether he wishes to proceed with the instant lawsuit.

In the meantime, there shall be **NO SERVICE** of process upon any defendant.

**SO ORDERED**, this 14th day of July, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE