# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| ALTURO PASCO, | : |
| Plaintiff, | : |
| v. | : 1:06-CV-68 (WLS) |
| Officer ANTHONY WALKER, *et. al.*, | : |
| Defendants. | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed June 18, 2007. (Doc. 31). It is recommended that Plaintiff's Motion to Dismiss defendants Jamil Saba and Dougherty County Georgia (Doc. 16) be granted and Plaintiff's claim against Defendant Ricky Davis[1] be dismissed. *Id.* No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 31) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion to Dismiss defendants Jamil Saba and Dougherty County Georgia (Doc. 16) is **GRANTED** and Plaintiff's above stated claim against Defendant Ricky Davis is **DISMISSED**.

**SO ORDERED**, this   14th   day of September, 2007.

/s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT JUDGE**

---

[1] Said claim concerns Officer Davis's alleged violation of Plaintiff's constitutional rights due to Davis's refusal to provide Plaintiff with a cup to drink from his sink.

1